**McCarter & English, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Tel: 973.622.4444
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mariette Vitti,<br><br>    Plaintiff<br><br>v.<br><br>Hunterdon Medical Center,<br><br>    Defendant. | Docket No.: 3:23-cv-2916-RK-JBD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Pamela J. Moore of the law firm of McCarter & English, LLP hereby enters her appearance in the above-captioned matter on behalf of Defendant, Hunterdon Medical Center.

Dated:  August 29, 2023

By:  */s/ Pamela J. Moore*
Pamela J. Moore
NJ Bar ID 004411989

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
860-275-6714
pmoore@mccarter.com

ME1 43508557v.1